UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WALTER G HAYDEN, JR,<br><br>Plaintiff,<br><br>v.<br><br>CALI KNIGHT et al.,<br><br>Defendant. | CASE NO. 2:23-cv-00754-JHC<br><br>ORDER |

Before the Court is pro se Plaintiff's "Motion for Relief from Judgment Under Rule 60(b)(6)." Dkt. # 20. The motion seeks "relief from the judgment entered on July 21, 2023." *Id.* at 1. That judgment is at Dkt. # 12, and its underlying reasoning is in the order at Dkt. # 11. Yet motion does not present any basis under Federal Rule of Civil Procedure 60(b)(6) to vacate that judgment.

If the motion is intended to be for reconsideration of the order at Dkt. # 19, such motions are disfavored and will ordinarily be denied "in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." LCR 7(h)(1). The motion neither argues manifest error nor shows new legal authority. Dkt. # 20. It does present new facts, but there is no showing as to why those facts could not have been presented in the motion at Dkt. # 18.

ORDER - 1

Moreover, it provides no reasonable detail explaining why Plaintiff did not act on on the judgment in this case for over two years.[1]

For the foregoing reasons, the Court DENIES the motion.

Dated this 12th day of December, 2025.

John H. Chun
United States District Judge

---

[1] Regardless, assuming the truth of Plaintiff's assertions, the Court expresses its sympathy.

ORDER - 2